UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE J. B., et al.,

            Plaintiffs,

     v.

ROBLOX CORPORATION, et al.,

            Defendants.

Case No. 26-cv-00230-SK

**ORDER GRANTING MOTION TO PROCEED UNDER A PSEUDONYM**

Regarding Docket No. 2

Before the Court is Plaintiffs Jane Doe J.B. and Jane Doe E.B.'s motion to proceed under a pseudonym and Complaint. (Dkt. Nos. 1-2.) Plaintiff Jane Doe E.B., an 11-year-old, alleges that she was sexually groomed, harassed, and exploited by a "child predator" while using Defendants Roblox Corporation and Discord, Inc.'s ("Defendants") applications. (Dkt. No. 1.) In their motion, Plaintiffs argue that they have a substantial privacy interest in guarding sensitive and highly personal information regarding the sexual harassment and exploitation suffered by a minor. (Dkt. No. 2, p. 2.) Jane Doe J.B.—Jane Doe E.B.'s guardian—seeks to proceed anonymously because "not allowing [her] to proceed under [a] pseudonym will inevitably, and swiftly, result in the identification of her minor child." (*Id.*)

Where, as here, "anonymity is necessary to preserve privacy in a matter of sensitive and highly personal nature," permitting Plaintiff to proceed anonymously is appropriate. *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067 (9th Cir. 2000). "With regard to allegations of sexual assault or sexual harassment in particular, courts in the Ninth Circuit have found that allowing victims to proceed anonymously serves a strong public interest in protecting the identities of sexual assault victims so that other victims will not be deterred from reporting such crimes." *Heineke v. Santa Clara Univ.*, No. 17-cv-05285-LHK, 2017 WL 6026248, at \*22 (N.D. Cal. Dec. 5, 2017) (citations and internal quotation marks omitted). These concerns are

United States District Court
Northern District of California

heightened where, as here, the plaintiff is a young child.  Due to the highly sensitive nature of Plaintiff's allegations and her particular vulnerability, the Court finds that there is ample justification for allowing Plaintiff to proceed under the pseudonym "JANE DOE E.B." and for allowing her guardian to proceed under the pseudonym "JANE DOE J.B."

IT IS HEREBY ORDERED that Plaintiff may proceed herein under the pseudonym "JANE DOE E.B." and Plaintiff's guardian may proceed herein under the pseudonym "JANE DOE J.B."  The parties shall refer to Plaintiffs by their pseudonyms in all filings and public proceedings.  In addition, the parties shall redact personally identifying information regarding Plaintiffs from all filings consistent with Federal Rule of Civil Procedure 5.2.  However, both Jane Doe E.B. and Jane Doe J.B. shall disclose their identities to Defendants once Defendants are served and appear in this action.

**IT IS SO ORDERED**.

Dated: January 20, 2026

_____
SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California

2