United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE J. B., et al.,

        Plaintiffs,

    v.

ROBLOX CORPORATION, et al.,

        Defendants.

Case No.  26-cv-00230-SK

***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-titled case IS HEREBY REFERRED to the Honorable Richard Seeborg to consider whether *Doe J.B. et al. v. Roblox Corporation et al.*, No. 26-cv-00230-SK is related to *In re: Roblox Corporation Child Sexual Exploitation and Assault Litigation*, No. 25-md-03166-RS.

**IT IS SO ORDERED**.

Dated: January 21, 2026

SALLIE KIM
United States Magistrate Judge